# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **COLBY RAY WILLIAMSON,** § | | |
| **TDCJ No. 02162748,** § | | |
| § | | |
| Petitioner, § | | |
| § | | |
| V. § | A-21-CV-828-RP | |
| § | | |
| **BOBBY LUMPKIN, Director,** § | | |
| **Texas Department of Criminal Justice,** § | | |
| **Correctional Institutions Division,** § | | |
| § | | |
| Respondent. § | | |

## FINAL JUDGMENT

Before the Court is the above styled and numbered cause. On this date, the Court denied Petitioner Colby Ray Williamson's Petition for Habeas Corpus Relief and determined that a certificate of appealability shall not be issued. Accordingly, as all issues in this cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner Colby Ray Williamson's Petition for Habeas Corpus Relief is hereby **DENIED**.

It is finally **ORDERED** that the above styled and numbered cause is **CLOSED**.

SIGNED this 12th day of October, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE